UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MOUSEN ADEN, on behalf of ADOLESCENTS UNDER 17, | ) ) ) | |
| Plaintiff, | ) ) | No.: 3:16-CV-067-PLR-CCS |
| v. | ) ) ) | |
| FUTURE THE RAPPER, | ) ) | |
| Defendant. | | |

**O R D E R**

In accordance with the accompanying memorandum and order, Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 1] is **GRANTED**. For reasons set forth in accompanying memorandum and order, however, this pro se prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted under § 1983. Accordingly, Plaintiff's motion for summary judgment [Doc. 3] is **DENIED as moot**.

Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

/s/ Debra C. Poplin
CLERK OF COURT